IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>CARLOS MOORE,<br><br>                   Defendant. | **8:16-CR-361**<br><br>**ORDER ON MOTION TO DISMISS** |

This matter is before the Court on the Government's Motion to Dismiss, Filing 239, the Amended Petition for Warrant or Summons for Offender Under Supervision, Filing 231. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion to Dismiss, Filing 239, is granted and the Amended Petition for Offender Under Supervision, Filing 231 is dismissed.

Dated this 21st day of July, 2023.

BY THE COURT:

Brian C. Buescher
United States District Judge